CENTAUR CO. v. REINECKE. (Circuit Court of Appeals, Fifth Circuit. December 13, 1898.) No. 759. Appeal from the Circuit Court of the United States for the Northern District of Texas. Suit by the Centaur Company against A. F. Reinecke for unfair competition in trade, and to enjoin the use of an alleged infringing label. An application for a preliminary injunction was denied, and plaintiff appeals. Centaur Co. v. Neathery, 91 Fed. 891, followed. Edmund Wetmore and De Edward Greer, for appellant. F. C. Dillard, for appellee. Before PARDEE, Circuit Judge, and SWAYNE and PARLANGE, District Judges.

SWAYNE, District Judge. The answers in this cause, and in the one against J. M. Neathery in the circuit court of the United States for the Eastern district of Texas, show that the said Reinecke and Neathery were at the time of the filing of the bills in the respective cases engaged in the manufacture of Castoria; that they were partners in said business, and jointly interested therein. The case made by the bill, answer, and exhibits was identical with that of Centaur Co. v. Neathery, 91 Fed. 891. The two causes were argued and submitted together, and the decision of the court in that case will control in this. The ruling of the circuit court of the United States for the Northern district of Texas herein is reversed, and the said court is directed to issue a preliminary injunction as prayed.

---

CENTRAL APPALACHIAN CO. et al. v. BUCHANAN. CORPORATION TRUST CO. v. SAME. (Circuit Court of Appeals, Sixth Circuit. January 3, 1899.) No. 587. Petition for modification of decree denied. See 90 Fed. 454.

---

CHICAGO BRIDGE & IRON CO. v. NELSON. (Circuit Court of Appeals, Eighth Circuit. January 27, 1899.) No. 1,158. In Error to the Circuit Court of the United States for the District of Minnesota. C. K. Davis, Frank B. Kellogg, and C. A. Severance, for plaintiff in error. Dismissed, without costs to either party in this court, per stipulation of parties.

---

CITY OF LITTLE ROCK v. HUMES. (Circuit Court of Appeals, Eighth Circuit. January 28, 1899.) No. 1,191. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. F. L. McCain, W. J. Terry, W. S. McCain, and Jacob Trieber, for appellant. U. M. Rose, W. E. Hemingway, and G. B. Rose, for appellee. Dismissed, with costs, for want of jurisdiction.

---

CITY OF LINCOLN, LANCASTER COUNTY, NEB., v. BLADO. (Circuit Court of Appeals, Eighth Circuit. December 14, 1898.) No. 1,082. In Error to the Circuit Court of the United States for the District of Nebraska. Joseph R. Webster, for plaintiff in error. J. W. Deweese and F. A. Bishop, for defendant in error. No opinion. Affirmed, with costs.